SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN (Bar No. 88291)
MARK J. HANCOCK (Bar No. 260662)
One Market Plaza
Steuart Tower, Eighth Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: steven.wasserman@sdma.com

Attorneys for Defendant and Cross-Complainant
SHARON GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRITZI BENESCH,

    Plaintiff,

v.

SHARON GREEN; and DOES One through Fifty, inclusive,

    Defendants.

---

SHARON GREEN,

    Cross-Complainant,

v.

FRITZI BENESCH, and ROES 1 through 25, inclusive

    Cross-Defendants.

CASE NO. C 07 3784 EDL

**DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16**

---

SF/1431215v1

-1-

DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN
2  DISTRICT OF CALIFORNIA:

### CERTIFICATE PURSUANT TO CIV. L.R. 3-16

Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties to this action, there is no such interest to report.

DATED: July 24, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Steven D. Wasserman
Mark J. Hancock
Attorneys for Defendant and Cross-Complainant
SHARON GREEN

SF/1431215v1

-2-

DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16