SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN (Bar No. 88291)
MARK J. HANCOCK (Bar No. 160662)
One Market Plaza
Steuart Tower, Eighth Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email:    steven.wasserman@sdma.com

Attorneys for Defendant and Cross-Complainant
SHARON GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARON GREEN, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>―――――――――――――――<br>SHARON GREEN,<br><br>        Cross-Complainant,<br><br>    v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive<br><br>        Cross-Defendants. | CASE NO. C-07-3784-EDL<br><br>**DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S NOTICE OF FILING OF NOTICE TO ADVERSE PARTIES OF REMOVAL** |

///

SF/1431225v1

-1-

DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S NOTICE OF FILING OF NOTICE TO ADVERSE PARTIES OF REMOVAL (Case No. C-07-3784-EDL)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE THAT on July 24, 2007, Defendant and Cross-Complainant SHARON GREEN filed and served a Notice to Adverse Party of Removal and Jury Demand pursuant to 28 U.S.C. § 1446(d) and a Certification of Interested Entities or persons pursuant to Civ. L.R. 3-16 (served on July 25, 2007). Attached hereto is a true and correct copy of the Notice to Adverse Party of Removal, Jury Demand, and Certification of Interested Entities or Persons without the attachments, which were already filed in this Court and served, and with the proof of service of such Notice of Adverse Party of Removal, Jury Demand and Certification of Interested Entities or Persons.

DATED:  July 25, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Steven D. Wasserman
Mark J. Hancock
Attorneys for Defendant and Cross-Complainant
SHARON GREEN

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN (Bar No. 88291)
2  MARK J. HANCOCK        (Bar No. 160662)
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  Email:     steven.wasserman@sdma.com

6  Attorneys for Defendant and Cross-Complainant
   SHARON GREEN

**ENDORSED FILED**
**SUPERIOR COURT**
**COUNTY OF SAN FRANCISCO**

**JUL 2 4 2007**

**GORDON PARK-LI, CLERK**

BY: _____
         Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| FRITZI BENESCH,<br><br>    Plaintiff,<br><br>v.<br><br>SHARON GREEN, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>_____<br><br>SHARON GREEN,<br><br>    Cross-Complainant,<br><br>v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive<br><br>    Cross-Defendants. | CASE NO. CGC-07-462683<br><br>**DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL** |

**TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO, AND TO PLAINTIFF AND CROSS-DEFENDANT FRITZI BENESCH AND HER COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** a Notice of Removal of this action and Jury Demand were filed in the United States District Court for the Northern District of California - San

-1-

1  Francisco Division on July 24, 2007.  Under 28 USC §§ 1441, 1446 and Federal Rules of Civil
2  Procedure, Rule 81(c), this action now will be placed on the docket of this District Court for
3  further proceedings.
4      A true and correct copy of said Notice of Removal and Jury Demand to accomplish the
5  removal of the above-captioned action is attached hereto and is served and filed herewith.

7  DATED: July 24, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    Steven D. Wasserman
    Mark J. Hancock
    Attorneys for Defendant and Cross-Complainant
    SHARON GREEN

-2-

SF/1431342v1  DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S NOTICE TO ADVERSE
PARTIES OF FILING OF NOTICE OF REMOVAL

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN  (Bar No. 88291)
2  MARK J. HANCOCK        (Bar No. 160662)
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5  Email:     steven.wasserman@sdma.com

6  Attorneys for Defendant and Cross-Complainant
   SHARON GREEN
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  FRITZI BENESCH,                         CASE NO.
12         Plaintiff,                       **DEFENDANT AND CROSS-
13                                          COMPLAINANT SHARON GREEN'S
       v.                                   CERTIFICATION OF INTERESTED
14                                          ENTITIES OR PERSONS
    SHARON GREEN; and DOES One through      PURSUANT TO CIV.L.R. 3-16**
15  Fifty, inclusive,

16         Defendants.

17  _____

18  SHARON GREEN,

19         Cross-Complainant,

20     v.

21  FRITZI BENESCH, and ROES 1 through 25,
    inclusive
22
           Cross-Defendants.
23

24

25

26

27

28

-1-

SF/1431215v1   DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S CERTIFICATION OF
               INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16

-2-

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN
2  DISTRICT OF CALIFORNIA:
3  **CERTIFICATE PURSUANT TO CIV. L.R. 3-16**
4  Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this
5  date, other than the named parties to this action, there is no such interest to report.
6  DATED: July 24, 2007           SEDGWICK, DETERT, MORAN & ARNOLD LLP
7
8
   By: _____
9  Steven D. Wasserman
   Mark J. Hancock
10 Attorneys for Defendant and Cross-Complainant
   SHARON GREEN

SF/1431215v1

-2-
DEFENDANT AND CROSS-COMPLAINANT SHARON GREEN'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN  (Bar No. 88291)
2  MARK J. HANCOCK        (Bar No. 160662)
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5  Email:    steven.wasserman@sdma.com

6  Attorneys for Defendant and Cross-Complainant
   SHARON GREEN

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| FRITZI BENESCH, | CASE NO. C-07-3784-EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SHARON GREEN, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| SHARON GREEN, | |
| Cross-Complainant, | |
| v. | |
| FRITZI BENESCH, and ROES 1 through 25, inclusive | |
| Cross-Defendants. | |

        I, Marlene Adelman, certify and declare as follows:

        1.    I am over the age of 18 years and not a party to this action.

        2.    My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

3.  On July 24, 2007, I caused to be served via hand delivery, copies of the following documents:

> **Defendant and Cross-Complainant Sharon Green's Notice to Adverse Parties of Filing of Notice of Removal;** and
>
> **Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) and Demand for Jury Trial**

to the parties stated below:

> Jonathan R. Bass, Esq.
> A. Marisa Chun, Esq.
> Coblentz Patch Duffy & Bass LLP
> One Ferry Building, Suite 200
> San Francisco, CA 94111-4213
> Telephone: (415) 391-4800
> Facsimile: (415) 989-1663

4.  On July 25, 2007, I caused to be served via hand delivery, copies of the following documents:

> **Defendant and Cross-Complainant Sharon Green's Notice of Filing of Notice to Adverse Parties of Removal;**
>
> **Defendant and Cross-Complainant Sharon Green's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16;**
>
> **Civil Case Cover Sheet;**
>
> **U.S. District Court Northern California ECF Registration Information Handout;**
>
> **Order Setting Initial Case Management Conference and ADR Deadlines;** and
>
> **Notice of Assignment of Case to a United States Magistrate Judge for Trial**

to the parties stated below:

> Jonathan R. Bass, Esq.
> A. Marisa Chun, Esq.
> Coblentz Patch Duffy & Bass LLP
> One Ferry Building, Suite 200
> San Francisco, CA 94111-4213
> Telephone: (415) 391-4800
> Facsimile: (415) 989-1663

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1431232v1

1 | I declare under penalty of perjury that the foregoing is true and correct, and that this
2 | declaration was executed on this 25th day of July, 2007, at San Francisco, California.

*Marlene Adelman*
MARLENE ADELMAN