

1  SEDGWICK, DETERT, MORAN & ARNOLD F̶L̶P̶. E D
   STEVEN D. WASSERMAN (Bar No. 88291)
2  MARK J. HANCOCK        (Bar No. 160662)UL 25 PM 1: 24
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  Email:    steven.wasserman@sdma.com

6  Attorneys for Defendant and Cross-Complainant
   SHARON GREEN
7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11
   FRITZI BENESCH,                          CASE NO. C-07-3784-EDL
12
            Plaintiff,                      **CERTIFICATE OF SERVICE**
13
            v.
14
   SHARON GREEN, and DOES 1 through 10,
15 inclusive,

16         Defendants.

17

18 SHARON GREEN,

19         Cross-Complainant,

20         v.

21 FRITZI BENESCH, and ROES 1 through 25,
   inclusive
22
           Cross-Defendants.
23

24      I, Marlene Adelman, certify and declare as follows:

25      1.    I am over the age of 18 years and not a party to this action.

26      2.    My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market

27 Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

28

-1-

3. On July 24, 2007, I caused to be served via hand delivery, copies of the following documents:

**Defendant and Cross-Complainant Sharon Green's Notice to Adverse Parties of Filing of Notice of Removal;** and

**Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) and Demand for Jury Trial**

to the parties stated below:

Jonathan R. Bass, Esq.
A. Marisa Chun, Esq.
Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

4. On July 25, 2007, I caused to be served via hand delivery, copies of the following documents:

**Defendant and Cross-Complainant Sharon Green's Notice of Filing of Notice to Adverse Parties of Removal;**

**Defendant and Cross-Complainant Sharon Green's Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16;**

**Civil Case Cover Sheet;**

**U.S. District Court Northern California ECF Registration Information Handout;**

**Order Setting Initial Case Management Conference and ADR Deadlines;** and

**Notice of Assignment of Case to a United States Magistrate Judge for Trial**

to the parties stated below:

Jonathan R. Bass, Esq.
A. Marisa Chun, Esq.
Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1      I declare under penalty of perjury that the foregoing is true and correct, and that this

2   declaration was executed on this 25th day of July, 2007, at San Francisco, California.

3

4                                         Marlene Adelman

5                                         MARLENE ADELMAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK**  28
DETERT, MORAN & ARNOLD LLP

SF/1431232v1                                    -3-

CERTIFICATE OF SERVICE (Case No. C-07-3784-EDL)