JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-jrb@cpdb.com,
          ef-amc@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>            Plaintiff,<br><br>     v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. C 07-3784 EDL<br><br>**ANSWER OF FRITZI BENESCH TO CROSS-COMPLAINT OF SHARON GREEN**<br><br>**DEMAND FOR JURY TRIAL** |
| SHARON GREEN,<br><br>            Cross-Complainant,<br><br>     v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>            Cross-Defendants. | |

Defendant Fritzi Benesch answers the Cross-Complaint as follows:

1. Cross-Defendant admits the allegations contained in Paragraph 1.

2. Cross-Defendant admits the allegations contained in Paragraph 2.

3. Cross-Defendant denies the allegations contained in Paragraph 3.

4. Cross-Defendant denies the allegations contained in Paragraph 4.

5. Answering the allegations contained in Paragraph 5, Cross-Defendant admits that

1  the parties entered into a written agreement, dated July 27, 2000, that provided, among other
2  things, for Cross-Complainant to render legal services, and for Cross-Defendant to pay for said
3  services as set forth in the agreement.

4      6.    Answering the allegations contained in Paragraph 6, Cross-Defendant admits the
5  first two sentences thereof and denies the third sentence.

6      7.    Cross-Defendant incorporates her responses to Paragraphs 1–6.

7      8.    Cross-Defendant denies the allegations contained in Paragraph 8.

8      9.    Cross-Defendant incorporates her responses to Paragraphs 1–8.

9      10.    Answering the allegations contained in Paragraph 10, Cross-Defendant admits the
10  first sentence thereof and denies the remainder.

11      11.    Cross-Defendant denies the allegations contained in Paragraph 11.

## FIRST AFFIRMATIVE DEFENSE

13      12.    Cross-Defendant alleges that the Cross-Complaint, and each and every cause of
14  action stated therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

16      13.    Cross-Defendant alleges that Cross-Complainant's claims are barred by the
17  applicable statutes of limitations, including but not limited to California Code of Civil Procedure
18  sections 337, 339, and 343.

## THIRD AFFIRMATIVE DEFENSE

20      14.    Cross-Defendant alleges that Cross-Complainant's claims are barred by the
21  equitable doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

23      15.    Cross-Defendant alleges that Cross-Complainant, by her own acts and omissions, is
24  estopped from asserting her claims in the Cross-Complaint.

## FIFTH AFFIRMATIVE DEFENSE

26      16.    Cross-Defendant alleges that Cross-Complainant's claims are barred, in whole or in
27  part, by Cross-Complainant's consent, authorization and/or ratification.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

### SIXTH AFFIRMATIVE DEFENSE

17. Cross-Defendant alleges that Cross-Complainant relinquished and waived any right to assert any of the claims upon which Cross-Complainant now seeks relief.

### SEVENTH AFFIRMATIVE DEFENSE

18. Cross-Defendant alleges that Cross-Complainant's claims are barred, in whole or in part, by the defense of payment.

### EIGHTH AFFIRMATIVE DEFENSE

19. If Cross-Defendant is liable in any amounts to Cross-Complainant, then Cross-Defendant is entitled to a set-off by reason of the claims set forth in the Complaint in this action.

### PRAYER FOR RELIEF

WHEREFORE, Cross-Defendant Fritzi Benesch prays for relief as follows:

1. That Cross-Complainant take nothing by her Cross-Complaint;
2. For costs of suit, including attorneys' fees; and
3. For such other and further relief as the Court deems proper.

DATED: August 13, 2007                COBLENTZ, PATCH, DUFFY & BASS LLP

By:    //s//
JONATHAN R. BASS
Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

### JURY TRIAL DEMAND

Cross-Defendant hereby demands a jury trial.

DATED: August 13, 2007                COBLENTZ, PATCH, DUFFY & BASS LLP

By:    //s//
JONATHAN R. BASS
Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH