JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-jrb@cpdb.com,
          ef-amc@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
Fritzi Benesch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZI BENESCH,<br><br>            Plaintiff,<br><br>     v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. C 07 3784 EDL<br><br>**ADR CERTIFICATION BY PLAINTIFF AND COUNSEL** |
| SHARON GREEN,<br><br>            Cross-Complainant,<br><br>     v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>            Cross-Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that she has:

**(1)**     Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California,"* which is also available on the court's ADR Internet site www.adr.cand.uscourts.gov;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October 9, 2007

//s//
Plaintiff and Cross-Defendant
Fritzi Benesch

DATED: October 9, 2007

//s//
A. Marisa Chun
Attorney for Plaintiff and Cross-Defendant
Fritzi Benesch

12670.003.715790v1                         2                     Case No. C 07 3784 EDL

**ADR CERTIFICATION BY PARTIES AND COUNSEL**