JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
         ef-amc@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
Fritzi Benesch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZI BENESCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07 3784 EDL<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| SHARON GREEN,<br><br>    Cross-Complainant,<br><br>    v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>    Cross-Defendants. | |

Counsel report that they have met and conferred regarding ADR and that they:

☐    have not yet reached an agreement to an ADR process

☑    request an Early Settlement Conference with a Magistrate Judge

Date of Initial Case Management Conference:  October 30, 2007, 10:00 a.m.

---

12670.003.716346v1                                       1                          Case No. C 07 3784 EDL

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jonathan R. Bass | Plaintiff & Cross-Defendant Fritzi Benesch | 415-772-5726 | jrb@cpdb.com |
| Steven D. Wasserman | Defendant & Cross-Complainant Sharon Green | 415-781-7900 | steven.wasserman@sdma.com |

DATED: October 10, 2007              //s//
                                     A. Marisa Chun, Esq.
                                     Attorney for Plaintiff and Cross-Defendant
                                     Fritzi Benesch

DATED: October 10, 2007              //s//
                                     Steven D. Wasserman, Esq.
                                     Attorney for Defendant and Cross-Complainant
                                     Sharon Green

12670.003.716346v1                   2                       Case No. C 07 3784 EDL

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**