1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN  (Bar No. 88291)
2  MARK J. HANCOCK         (Bar No. 160662)
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5  Email:    steven.wasserman@sdma.com

6  Attorneys for Defendant and Cross-Complainant
   SHARON GREEN
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FRITZI BENESCH,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARON GREEN, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. C 07 3784 EDL<br><br>**ADR CERTIFICATION BY DEFENDANT AND COUNSEL** |
| SHARON GREEN,<br><br>        Cross-Complainant,<br><br>    v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive<br><br>        Cross-Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California,"* which is also available on the court's ADR Internet site www.adr.cand.uscourts.gov;

-1-                              Case No. C-07-3784-EDL

SF/1449465v1

ADR CERTIFICATION BY DEFENDANT AND COUNSEL

(2)     Discussed the available dispute resolution options provided by the Court and private entities; and

(3)     Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October 11, 2007          //s//
                                 Defendant and Cross-Defendant
                                 Sharon Green

DATED: October 11, 2007          //s//
                                 Steven D. Wasserman
                                 Attorneys for Defendant and Cross-Complainant
                                 Sharon Green