1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN (Bar No. 88291)
2  SUNNY S. SHAPIRO (Bar No. 221111)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  steven.wasserman@sdma.com; sunny.shapiro@sdma.com

6  Attorneys for Defendant
   SHARON GREEN
7

8  COBLENTZ, PATCH, DUFFY & BASS LLP
   JONATHAN R. BASS (Bar No. 075779)
9  A. MARISA CHUN (Bar No. 160351)
   One Ferry Building, Suite 200
10 San Francisco, California 94111-4213
   Telephone: (415) 391-4800
11 Facsimile: (415) 989-1663
   ef-jrb@cpdb.com; ef-amc@cpdb.com
12
   Attorneys for Plaintiff
13 FRITZI BENESCH

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 FRITZI BENESCH,                          CASE NO. C 07-03784 EDL

19         Plaintiff,                       **JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

20      v.

21 SHARON GREEN, and DOES 1 through
   10, inclusive,
22

23         Defendant.

24 SHARON GREEN,

25         Cross-Complainant,

26      v.

27 FRITZI BENESCH, and ROES 1 through
   25, inclusive,
28
           Cross-Defendants.

SF/1451440v1                                   -1-                        CASE NO. C 07-03784 EDL
                    JOINT CONSENT TO UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: October 19, 2007                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Steven D. Wasserman            .
    Steven D. Wasserman
    Attorneys for Defendant
    SHARON GREEN

DATED: October 19, 2007                COBLENTZ, PATCH, DUFFY & BASS LLP


By: /s/ A. Marisa Chun                 .
    A. Marisa Chun
    Attorneys for Plaintiff
    FRITZI BENESCH