JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
         ef-amc@cpdb.com
         ef-csh@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-3784 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:　October 30, 2007<br>Time:　10:00 a.m.<br>Ctrm:　Courtroom E, 15th Floor<br>Judge:　Hon. Elizabeth D. Laporte |
| SHARON GREEN,<br><br>　　　　　Cross-Complainant,<br><br>　v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>　　　　　Cross-Defendants. | |

By and through their respective counsel, the parties to the above-captioned action hereby stipulate as follows:

WHEREAS, on July 24, 2007, the Court issued an order that, *inter alia*: (1) set an October 23, 2007 deadline for filing the Rule 26(f) report, completing initial disclosures or objecting thereto in the Rule 26(f) report, and filing the case management statement for the initial case management conference; and (2) set the initial case management conference for October 30, 2007 at 10:00 a.m.;

WHEREAS, lead trial counsel for plaintiff and cross-defendant Fritzi Benesch is unavailable to participate in an October 30 initial case management conference, due to pre-existing scheduling conflicts;

WHEREAS, the Court has indicated its availability for case management conferences at 10:00 a.m. on all Tuesdays in November 2007;

WHEREAS, the parties are discussing the further handling of this action and plaintiff/cross-complainant has raised the issue of whether a stay of this action, including a stay of all discovery matters, may be warranted;

NOW, THEREFORE, THE PARTIES mutually request the Court to modify the schedule with respect to the initial case management conference and related deadlines as follows:

1. The last day to file the case management statement for the initial case management conference (per the Court's Standing Order re: Contents of Joint Case Management Statement, attached to the Court's July 24 order) shall be continued from October 23, 2007 to **November 6, 2007**;
2. The initial case management conference shall be continued from October 30, 2007 to **November 13, 2007** at 10:00 a.m., in Courtroom E, 15th Floor, San Francisco;
3. The last day to file the Rule 26(f) report and to complete initial disclosures or state objections thereto in the Rule 26(f) report shall be continued from October 23,

2007 to **December 7, 2007**.

**SO STIPULATED.**

DATED: October 22, 2007        COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____//s//_____
A. Marisa Chun
Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

DATED: October 22, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____//s//_____
Steven D. Wasserman
Attorneys for Defendant and Cross-Claimant
SHARON GREEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: October ___, 2007

By: _____
Hon. Elizabeth D. Laporte
United States Magistrate Judge