JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
         ef-amc@cpdb.com
         ef-csh@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. C 07-3784 EDL<br><br>**DECLARATION OF JONATHAN R. BASS IN SUPPORT OF STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:   October 30, 2007<br>Time:   10:00 a.m.<br>Ctrm:   Courtroom E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |
| SHARON GREEN,<br><br>        Cross-Complainant,<br><br>    v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>        Cross-Defendants. | |

I, Jonathan R. Bass, declare:

1. I am an attorney admitted to practice in the State of California and before this Court, and am a member of the firm of Coblentz, Patch, Duffy & Bass LLP, counsel of record for Fritzi Benesch, the plaintiff and cross-defendant in this action. I make the following declaration based on my own personal knowledge.

2. I am unavailable to participate in the currently-scheduled October 30, 2007 case management conference due to a pre-existing scheduling conflict.

3. The parties' request to continue the initial case management conference from October 30 to November 13, 2007 is the first request for a continuance that has been made in this case. There have been no previous time modifications, whether by stipulation or Court order.

4. Given that there are no other upcoming deadlines, this short continuance ought not to have any significant impact on the case's progress. Further, the parties are discussing whether a stay of this action, including a stay of all discovery matters, may be warranted. Accordingly, the continuance of the initial disclosure and Rule 26(f) report deadlines to December 7, 2007 will help to conserve judicial and the parties' resources, as the need for filing such pleadings may be obviated by the parties' and the Court's decision regarding a stay of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 19, 2007

                                                    //s//
                                      JONATHAN R. BASS

**DECLARATION OF JONATHAN R. BASS IN SUPPORT OF STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**