JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
         ef-amc@cpdb.com
         ef-csh@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH, | Case No. C 07-3784 EDL |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |
| v. | |
| SHARON GREEN; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| SHARON GREEN, | |
| Cross-Claimant, | |
| v. | |
| FRITZI BENESCH, and ROES 1 through 25, inclusive, | |
| Cross-Defendants. | |

12670.003.730126v1                                    1                                  Case No. C 07-3784 EDL

**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3
4  DATED: November 6, 2007        COBLENTZ, PATCH, DUFFY & BASS LLP
5
6                                            By:    //s//
                                                    A. Marisa Chun
7                                                   Attorneys for Plaintiff and Cross-Defendant
                                                    FRITZI BENESCH

12670.003.730126v1                          2                       Case No. C 07-3784 EDL
**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**