In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: November 13, 2007

Case No: **C- 07-03784  EDL**

Case Name: **Fritzi Benesch v Sharon Green**

    Attorneys:   Pltf:   Jonathan R. Bass
                        Deft:  Steven D. Wasserman

Deputy Clerk: Lili M. Harrell        FTR digital recording: 10:50am - 11:15am

**PROCEEDINGS:**                                    **RULING:**

1.  Initial Case Management Conference        Held

2.

**ORDERED AFTER HEARING:**
 - Plaintiff shall prepare a stipulation and proposed order regarding stay of case and provide to opposing counsel. Parties shall submit stipulation by 12/5/2007. Alternatively, plaintiff shall file its motion 12/21/2007. Opposition due by 1/15/2008, reply due by 1/22/2008 and hearing set for 2/5/2008 at 9:00am.
 - Initial disclosures extended to 2/19/2008.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court
**Case continued to:**  for

**PRETRIAL SCHEDULE:**
Last day to add new parties:
Discovery cutoff:
Initial expert disclosure deadline:
Rebuttal expert disclosure deadline:
Expert discovery cutoff:
Dispositive Motion filing deadline:
Dispositive Motions hearing date:
Pretrial Conference:
Trial:  at 8:30 a.m., set for  days.
      [ ] Jury  [ ] Court

cc: