JONATHAN R. BASS (State Bar No. 75779)
A. MARISA CHUN (State Bar No. 160351)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com,
            ef-amc@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZI BENESCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07 3784 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Complaint Filed: April 24, 2007<br><br>Trial Date:       None set |
| SHARON GREEN,<br><br>    Cross-Complainant,<br><br>    v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>    Cross-Defendants. | |

Plaintiff and Cross-Complainant Fritzi Benesch ("plaintiff") and Defendant and Cross-Complainant Sharon Green ("defendant") hereby stipulate as follows:

Whereas, this is an action for professional negligence arising out of certain alleged acts and omissions purportedly performed in the underlying case of *Benesch v. Tandler*, San Francisco Superior Court No. CGC-00-317187 (the "underlying action");

Whereas, the resolution of the underlying action is likely to have a material impact on the claims, issues and potential damages in this action;

Whereas, the underlying action is scheduled for trial on September 15, 2008;

Whereas, the interests of justice and judicial economy militate in favor of staying this action until the underlying action has been resolved,

NOW THEREFORE, IT IS HEREBY STIPULATED that

1. This action shall be stayed until the earlier of:

    (a) entry of judgment following the trial of the underlying action, assuming that the trial commences on or about September 15, 2008; or

    (b) settlement of the underlying action.

2. Plaintiff shall promptly notify defendant and the Court of any settlement of the underlying action.

3. Plaintiff shall promptly notify defendant and the Court of any continuance of the September 15, 2008 trial date in the underlying action, so that the Court may consider a modification of the terms of this stay.

DATED: December 7, 2007        COBLENTZ, PATCH, DUFFY & BASS LLP

By:    //s//  
JONATHAN R. BASS  
Attorneys for Plaintiff and  
Cross-Defendant FRITZI BENESCH

DATED: December 7, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:    //s//  
STEVEN D. WASSERMAN  
Attorneys for Defendant and Cross-Complainant  
SHARON GREEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____, 2007    By: _____  
HON. ELIZABETH D. LAPORTE  
United States Magistrate Judge