**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRITZI BENESCH

    Plaintiff,

v.

SHARON GREEN, et al.,

    Defendants.
_____/

No. C 07-03784 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference scheduled for October 7, 2008 at 10:00 a.m. has been **continued to October 10, 2008 at 11:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. An updated joint case management statement shall be filed no later than October 3, 2008.

Dated: September 4, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy