JONATHAN R. BASS (State Bar No. 75779)
COURTNEY SHAW HUIZAR (State Bar No. 230324)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com,
ef-csh@cpdb.com

Attorneys for Plaintiff and Cross-Defendant
FRITZI BENESCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARON GREEN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C 07 3784 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　October 10, 2008<br>Time:　　11:00 a.m.<br>Ctrm:　　Courtroom E, 15th Floor<br>Judge:　　Hon. Elizabeth D. Laporte |
| SHARON GREEN,<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>FRITZI BENESCH, and ROES 1 through 25, inclusive,<br><br>　　　　Cross-Defendants. | |

　　　　By and through their respective counsel, the parties to the above-captioned action hereby stipulate as follows:

　　　　Whereas, the Court has previously ordered a stay in this case on December 7, 2007 to await trial in the underlying action of *Benesch v. Tandler*, San Francisco Superior Court No. CGC-00-317187;

　　　　Whereas, the underlying action is scheduled for an extended trial to begin October 27,

1  2008;

2  Whereas, the parties wish to postpone the Case Management Conference currently

3  scheduled in this case for October 10, 2008 to a date and time in January 2009 convenient to the

4  Court, after the trial in the underlying action has concluded;

5  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request the

6  following:

7  1.  The Case Management Conference currently scheduled in this case for October 10,

8  2008 shall be continued to a date and time in January 2009 that is convenient to the Court:

9  2.  The Case Management Conference currently scheduled in this case for October 10,

10  2008 is hereby RESCHEDULED for 3:00 a.m./p.m. on January 13, 2009; and

11  3.  The parties shall submit an updated Joint Case Management Conference Statement

12  no later than one week prior to the date of the Case Management Conference.

13  **SO STIPULATED.**

14

15  DATED: September 26, 2008          COBLENTZ, PATCH, DUFFY & BASS LLP

16

17  By: _____
      JONATHAN R. BASS
18    Attorneys for Plaintiff and Cross-Defendant
      FRITZI BENESCH

19

20  DATED: September 26, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

21  By: _____
      STEVEN D. WASSERMAN
22    Attorneys for Defendant and Cross-Complainant
      SHARON GREEN

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  DATED: September 30, 2008          By: _____
                                           HON. ELIZABETH D. LAPORTE
27                                         United States Magistrate Judge

28

12670.003.962474v2                      2                      Case No. C 07 3784

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663