IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRITZI BENESCH,                           No. C-07-03784 EDL

       Plaintiff,                         **ORDER**

  v.

SHARON GREEN,

       Defendant.
_____/

On August 10, 2009, Defendant faxed a letter to the Court requesting an order vacating the reference of this case to Magistrate Judge Larson for a settlement conference, and requiring production of the transcript of Connie Benesch's deposition in the underlying state court litigation. Also on August 10, 2009, Plaintiff faxed a response. The Court has carefully reviewed the parties' letters and issues the following order.

The parties shall meet and confer no later than August 18, 2009 regarding Ms. Benesch's consent to produce her deposition transcript to Defendant. If no consent is obtained by that date, Plaintiff shall produce the transcript no later than August 25, 2009, to be kept confidential and for use only in this litigation pending the parties' agreement on a more detailed protective order. The parties shall meet and confer regarding a more detailed protective order governing the use of the transcript, and shall provide a proposed order to the Court for approval no later than September 8, 2009.

Further, Plaintiff shall serve a settlement demand on Defendant no later than one week

following final resolution of the underlying state court litigation.  The Court declines to vacate the reference to Judge Larson.

**IT IS SO ORDERED.**

Dated: August 11, 2009

                                                                      ELIZABETH D. LAPORTE
                                                                       United States Magistrate Judge

**United States District Court**
For the Northern District of California