IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZI BENESCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHARON GREEN,<br><br>　　　　　Defendant.<br>_____/ | No. C-07-03784 EDL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO CONTINUE HEARING AND BRIEFING DATES** |

　　On October 6, 2009, Defendant filed a motion seeking leave to file an amended answer to Plaintiff's complaint, and a motion for summary judgment. Due to the Court's unavailability, the November 10, 2009 hearing date was continued to November 17, 2009. Accordingly, Plaintiff's oppositions to Defendant's motions must be filed no later than October 27, 2009.

　　On October 16, 2009, Plaintiff filed this Motion to Continue Hearing and Briefing Dates, seeking to continue the hearing on Defendant's Motions to December 1, 2009, and the opposition filing date to November 10, 2009. Plaintiff seeks a continuance because her oppositions to Defendant's Motions are due to be filed one day before the parties' settlement conference with Magistrate Judge Bommer. On October 19, 2009, Defendant filed an opposition to Plaintiff's Motion to Continue. The Court has reviewed the briefs, and grants in part Plaintiff's Motion to Continue.

　　Although the Court is not persuaded by Plaintiff's argument that the contents of her opposition to Defendant's motions should remain secret from Defendant prior to the settlement

conference, a short continuance of the motion hearing date is warranted to allow the parties to concentrate on settlement, rather than on costly motion practice. By ordering an early settlement conference, at the parties' request, the Court intended for the parties to focus on settlement. Therefore, good cause appearing, the Court continues the hearing on Defendant's Motions to November 24, 2009 at 9:00 a.m. Plaintiff's oppositions shall be filed no later than November 5, 2009, and Defendant's replies shall be filed no later than November 12, 2009.

**IT IS SO ORDERED.**

Dated: October 20, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge